UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Asprayi Shipping Co.

: 09 Civ. 4462 (RWS)

-v.-

:

:

Seguras Rio Guayas

:
-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/10/09

Please be advised that the conference scheduled

for   11-18-09   has been rescheduled to

3-24-10   at   4:30pm   in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated:  New York, New York

11-10-09

_____
ROBERT W. SWEET
United States District Judge